UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

JORGE ARMANDO JIMENEZ
JOHANNA JIMENEZ
          Debtor    /

Case No: 23-15392-PDR
Chapter 13

## MOTION TO REINSTATE DISMISSED CHAPTER 13 CASE

The Debtors, JORGE ARMANDO JIMENEZ and JOHANNA JIMENEZ, by and through the undersigned counsel, and moves for entry of an Order permitting the reinstatement of their dismissed Chapter 13 and for cause states as follows:

1. Debtors filed for relief under Chapter 13 of the Bankruptcy Code on July 10, 2023.

2. A Motion for Extension of Time was filed on 07/25/2023. The Order Granting Extension of Time was Granted on 07/25/2023.

3. The Debtors fell ill and were not able to provide the documents in a timely manner to complete the schedules. Therefore, resulting in dismissal of their Chapter 13 Case.

4. An Order Dismissing Case (DE #15) was entered on August 04,2023 for Failure to File Summary of Schedules, Schedules A-J, Unsworn Declaration, Statement of Financial Affairs, Chapter 13 Plan Chapter 13 Statement of Current Monthly Income and Db Payment Advice and JtDb Payment Advices.

5. All deficiencies have been cured to Reinstate the Chapter 13 case.

6. No party will be prejudiced if the case is reinstated.

7. Debtor asserts that good cause exists to reinstate his Chapter 13 case.

WHEREFORE, Debtor, Jorge Armando Jimenez and Johanna Jimenez, respectfully

requests the entry of an Order to reinstating their Chapter 13 Case and for whatever further relief this Honorable Court deems just and proper.

Respectfully submitted this 18th day of August 2023.

                                                **VAN HORN LAW GROUP, P.A.**
500 NE 4 Street., Suite 200
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar #64500